AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

A Compaq desktop P3   serial # (6x31-kn82-n19b)
A Homemade desktop computer (no serial number)

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     TIMOTHY PALCHAK     being duly sworn depose and say:

I am a(n)   Police Officer for Metropolitan Police Department (MPD)   and have reason to believe
                           (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**Compaq desktop P3 serial # (6x31-kn82-n19b); Homemade desktop computer (no serial number); "stoneman_1" and "treehillfield", or use of Yahoo! Internet Chat rooms; All records, including keys, storage combinations, passwords, and paperwork; Envelops, letters, documents, and other correspondence. etc , AS FULLY DESCRIBED IN THE ATTACHED AFFIDAVIT**

concerning a violation of Title  18  United States Code, Section(s) § 2243 (a). The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

JULIEANNE HIMELSTEIN
Federal Major Crimes Section
(202) 514-8203

Signature of Affiant
TIMOTHY PALCHAK, DETECTIVE
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer