| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| Sept. 27, 2006 | Sept 28, 2006 0800 | N/a |
| INVENTORY MADE IN THE PRESENCE OF | | |
| DeT. Miranda | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

The following evidence was seized in Maryland and Processed in Washington, DC.

1) Homemade Computer black in Color

2) Compaq desktop comp P II Serial #

**FILED**

MAR 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_ John M Facciola             03/23/07
U.S. Judge or U.S. Magistrate Judge           Date